AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>BANK OF AMERICA BUSINESS CHECKING ACCOUNTS MORE PARTICULARLY DESCRIBED IN AFFIDAVIT OF SA JOSEPH HAMSKI | ) ) ) ) ) Case No. 4:22CR580 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __South Carolina__ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981(a)(1)(A)__ *(describe the property)*:

See attached Affidavit of SA Joseph Hamski.

The application is based on these facts:

See attached Affidavit of SA Joseph Hamski

☑ Continued on the attached sheet.

_____
*Applicant's signature*

SA Joseph Hamski
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/16/2022

_____
*Judge's signature*

City and state: Florence, South Carolina

Hon. Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*