# Return

| Case No.: | Date and time warrant executed: 6/16/2022 2:30 p.m. | Copy of warrant and inventory left with: Susan C. Rodriguez |
|---|---|---|

Inventory made in the presence of: Susan C. Rodriguez

Inventory of the property taken:

Seized Total = $647,239.13

    x1205 account: $88,521.47

    x6435 account: $332,035.98

    x8371 account: $36,580.37

    x6132 account: $44,533.38

    x9802 account: $80,581.59

    x5409 account: $64,986.34

    x6422 account: $0

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/22/2022

*Joseph Hamski*
Executing officer's signature

Joseph Hamski  Special Agent, FBI
Printed name and title