## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. : 4:22-cr-00580-JD-1

Bhagavan Mahamayavi Antle
also known as
Kevin Antle
also known as
Doc Antle

### PLEA

The Defendant acknowledges receipt of a copy of the INDICTMENT and after arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Florence, South Carolina
July 13, 2022