IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22-580 |
| | ) | |
| | ) | |
| -vs- | ) | **MOTION FOR** |
| | ) | **CONTINUANCE** |
| | ) | |
| DOC ANTLE | ) | |

NOW COMES the Defendant, Doc Antle, by and through undersigned counsel, who requests a continuance of the pretrial conference and jury selection dates this Court has set for August 30, 2022, and September 13, 2022, respectively. Defense counsel has consulted with the Government, and the Government consents to this Motion.

In support of his Motion, the Defendant would state that the discovery the Government has produced and will continue to produce is voluminous. Defense counsel has diligently begun to review the evidence with the Defendant. However, the volume of the discovery makes it very unlikely that defense counsel will be able to comprehensively review it with the Defendant prior to the dates this Court has set for the pretrial conference and jury selection.

On both August 12, 2022, and before, defense counsel reviewed with the Defendant in person his rights to a Speedy Trial under federal law, and he voluntarily, intelligently, and knowingly waives his rights to a Speedy Trial. Under these circumstances, a continuance would serve "the ends of justice (because) . . . such action outweigh(s) the best

1

interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). More time would allow defense counsel to fully review the Government's evidence with the Defendant, it would provide both parties with a much-needed opportunity to resolve this case prior to trial, and it would allow both parties to more comprehensively raise issues before this Court for resolution prior to trial should a trial become necessary.

For the foregoing reasons, the Defendant seeks a continuance of both the pretrial conference and jury selection dates.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-775-5800
Federal ID # 10013

Respectfully submitted,

s/ Ryan Beasley
Attorney for Defendant
Ryan Beasley, P.A.
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-679-7777
rlb@ryanbeasleylaw.com
Federal ID # 9162

Greenville, South Carolina
August 17, 2022.