IN THE UNITED STATES DISTRICT COURT
DISTRICRT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 4:22-cr-580-JD |
| | ) | |
| v. | ) | |
| | ) | |
| Bhagavan Mahamayavi Antle, Andrew Jon Sawyer, Meredith Bybee, Charles Sammut, Jason Clay, | ) ) ) | ORDER FOR CONTINUANCE |

The Court finds, based on the reasons set out in the Defendants' motions for a continuance (ECF Nos. 170, 171, 174, 175, and 178) and based on the consent of the government, that a continuance is justified pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice are best served by the granting of this continuance and such continuance outweighs the best interests of the public and defendants in a speedy trial.

IT IS THEREFORE ORDERED that the trial of this case, in its entirety, is continued from the Court's scheduled term of court for <u>December 2022</u>, to the term of court scheduled for <u>March 2023</u>, and that all such period of delay is hereby excluded in computing the time within which trial Must begin pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

IT IS SO ORDERED.

Date: 11/1/2022
Florence, South Carolina

Joseph Dawson, III
United States District Judge