IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22:cr-580 |
| | ) | |
| | ) | |
| -vs- | ) | **MOTION TO MODIFY** |
| | ) | **CONDITIONS OF BOND** |
| | ) | |
| BHAGAVAN MAHAMAYAVI ANTLE | ) | |

NOW COMES the Defendant, Bhagavan Mahamayavi "Doc" Antle, who moves this Court to modify the conditions of his bond in the following ways: (1) To remove the conditions of home detention and location monitoring; and (2) To provide the U.S. Probation Office with the authority to allow Antle to visit a loved one who was seriously injured recently and is obtaining treatment in the Atlanta, Georgia, area.[1] The undersigned has consulted with the Government, and the Government consents.

In support of the Motion, Antle would show:

- He has complied with each and every condition of his bond;

---

[1] The undersigned would be happy to provide either the Court or the U.S. Probation Office the exact location, upon request, of the rehabilitation facility where the loved one is receiving treatment.

1

- This Court has recently modified the conditions of bond of another person related to this case, allowing that person to leave the District of South Carolina;[2] and

- He has a loved one who recently suffered a serious injury, and his presence at the rehabilitation facility in Atlanta, Georgia, is required to visit with the loved one and to consult with medical personnel who are treating the loved one.

        Respectfully submitted,

        s/ Andrew B. Moorman, Sr.
        Attorney for Defendant
        Moorman Law Firm, LLC
        416 East North Street
        2nd Floor
        Greenville, South Carolina 29601
        864-775-5800
        andy@andymoormanlaw.com
        Federal ID # 10013

        Respectfully submitted,

        s/ Ryan Beasley
        Attorney for Defendant
        Ryan Beasley, P.A.
        416 East North Street
        2nd Floor
        Greenville, South Carolina 29601
        864-679-7777
        rlb@ryanbeasleylaw.com
        Federal ID # 9162

Greenville, South Carolina.

---

[2] See case no. 4:22-579, docket entry 58.