IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**BHAGAVAN MAHAMAYAVI ANTLE,**<br><br>*Defendant.* | CR NO. 4:22-CR-580-JD<br><br>**UNITED STATES OF AMERICA'S CONSENT TO MOTION TO MODIFY BOND** |

The United States of America hereby consents to Defendant Bhagavan Mahamayavi "Doc" Antle's Motion to Modify Conditions of Bond.

On April 14, 2023, Defendant Antle moved this Court to Modify his Conditions of Bond in order to allow Defendant Antle to leave the State of South Carolina in order to assist in the care of a loved one who has suffered a serious injury. Said person is represented to be in the care of a rehabilitation facility in Atlanta, Georgia. Based upon these representations, the government consents to modifications of bond requested by Defendant Antle.

//

1

RESPECTFULLY SUBMITTED,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: /s/_____
     Amy F. Bower
     Assistant U.S. Attorney
     District of South Carolina
     151 Meeting Street, Suite 200
     Charleston, South Carolina 29401
     ABower@usa.doj.gov

     /s/_____
     Patrick Duggan
     Senior Trial Attorney
     Environmental Crimes Section
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001
     Patrick.duggan@usdoj.gov

Charleston, South Carolina
April 14, 2023