IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22-0580 |
| | ) | |
| -vs- | ) | **REQUEST FOR** |
| | ) | **PROTECTION** |
| BHAGAVAN MAHAMAYAVI ANTLE | ) | |

The undersigned, Andrew B. Moorman, Sr., seeks protection from court appearances on the following dates due to a previously planned vacation.

- **June 6, 2023 through June 23, 2023.**

                                        Respectfully submitted,

                                        s/ Andrew B. Moorman, Sr.
                                        Attorney for Defendant
                                        Moorman Law Firm, LLC
                                        416 East North Street
                                        2nd Floor
                                        Greenville, South Carolina 29601
                                        864-775-5800
                                        andy@andymoormanlaw.com
                                        Federal ID # 10013

Greenville, South Carolina
May 15, 2023.