IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22:cr-580 |
| | ) | |
| -vs- | ) | **MOTION TO MODIFY** |
| | ) | **CONDITIONS OF BOND** |
| | ) | |
| BHAGAVAN MAHAMAYAVI ANTLE | ) | |

NOW COMES the Defendant, Bhagavan Mahamayavi "Doc" Antle, who moves this Court to modify the conditions of his bond in the following ways: (1) To remove the conditions of home detention and location monitoring; and (2) To provide the U.S. Probation Office with the authority to allow Antle to visit a loved one who was seriously injured recently and is obtaining treatment in the Atlanta, Georgia, area.[1] The undersigned has consulted with the Government and the Government does not take position on the matter.

In support of the Motion, Antle would show:

- He has complied with each and every condition of his bond;

---

[1] The undersigned would be happy to provide either the Court or the U.S. Probation Office the exact location, upon request, of the rehabilitation facility where the loved one is receiving treatment.

- This Court has recently modified the conditions of bond of another person related to this case, allowing that person to leave the District of South Carolina;[2] and

- He has a loved one who recently suffered a serious injury, and his presence at the rehabilitation facility in Atlanta, Georgia, is required to visit with the loved one and to consult with medical personnel who are treating the loved one.

    Respectfully submitted,

    s/ Andrew B. Moorman, Sr.
    Attorney for Defendant
    Moorman Law Firm, LLC
    416 East North Street
    2nd Floor
    Greenville, South Carolina 29601
    864-775-5800
    andy@andymoormanlaw.com
    Federal ID # 10013

    Respectfully submitted,

    s/ Ryan Beasley
    Attorney for Defendant
    Ryan Beasley, P.A.
    416 East North Street
    2nd Floor
    Greenville, South Carolina 29601
    864-679-7777
    rlb@ryanbeasleylaw.com
    Federal ID # 9162

Greenville, South Carolina.

---

[2] See case no. 4:22-579, docket entry 58.