IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22-580 |
| | ) | |
| -vs- | ) | **NOTICE OF** |
| | ) | **REQUEST FOR** |
| | ) | **PROTECTION** |
| BHAGAVAN MAHAMAYAVI ANTLE | ) | |

The undersigned, Andrew B. Moorman, Sr., seeks protection from court appearances on the following dates:

- **December 15, 2023-** A visitation and a funeral for a family member;

- **December 18, 2023, through December 22, 2023-** A previously planned vacation.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

Greenville, South Carolina.
November 22, 2023.