IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 4:22-cr-00580-JD |
| v. | |
| MAHAMAYAVI ANTLE ET AL. | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

The undersigned requests protection from trial or other appearance in this action from July 17, 2024, through August 4, 2024. The reason for said request is the undersigned will be traveling out of the country during those dates.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *s/* Amy Bower
Amy Bower (#11784)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Phone: 843-727-4381
Email Address: amy.bower@usdoj.gov