IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

NOTICE: The cases below are scheduled for sentencings before the **Honorable Joseph Dawson, III, United States District Judge**, in Courtroom #1, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina, on **August 27, 2024**, at the times noted below.

Pursuant to Federal Criminal Rule 49(b): Service is made only on the attorney representing the party and the surety for the party. Attorneys representing criminal defendants MUST notify your clients of all hearings.

AT THE DIRECTION OF THE COURT
ROBIN L. BLUME, CLERK
s/Heather Ciccolella, Deputy Clerk

**10:30**

| | |
|---|---|
| 4:22-cr-00580-JD-1 | AUSA Amy Bower |
| Bhagavan Mahamayavi Antle | Andrew Moorman, Ryan Beesley, Ret |
| | |
| 4:22-cr-00580-JD-2 | AUSA Amy Bower |
| Andrew Jon Sawyer | Christopher Adams, Ret |

**1:30**

| | |
|---|---|
| 4:22-cr-00580-JD-5 | AUSA Amy Bower |
| Jason Clay | Joseph Griffith, Jr., Ret |
| | |
| 4:22-cr-00736-JD-1 | AUSA Lauren Hummel |
| Gloria Sue Lunnon | Jerry Leo Finny, Ret |