IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO.: 4:22:cr-580 |
| ) | |
| -vs- ) | **MOTION TO TRAVEL** |
| ) | |
| BHAGAVAN MAHAMAYAVI ANTLE ) | |

NOW COMES the Defendant, Bhagavan Mahamayavi "Doc" Antle, who moves this Court for permission to travel to Miami, Florida, to make modifications to real property he owned in the Miami, Florida, area according to the terms of a real estate contract to which he is a party. The undersigned has consulted with the Government and the U.S. Probation Office, and both consent to this Motion.

In support of the Motion, the Defendant would show that he transferred on October 18, 2024, real property he owned in the Miami, Florida, area.[1]  As a condition of the closing, the Defendant is required to make modifications to the property within 30 days of the closing date, October 18, 2024.  The Defendant has hired construction workers to make changes to the property according to the parties' agreement, but the recent hurricanes have made these workers' schedules slightly unpredictable.  The Defendant would like the

---

[1] The Defendant notified the Government and the U.S. Probation office of the impending/possible sale on September 25, 2024.

opportunity to meet them at the property in Miami to supervise their work and to ensure that they complete it within the 30 days required by the parties' agreement.

Therefore, the Defendant would like permission to travel to Miami, after providing the U.S. Probation Office with his itinerary in advance of his departure, to ensure that the property is ready for transfer thereafter pursuant to the terms of the parties' agreement.

For the foregoing reasons, the Defendant seeks permission to travel to Miami, Florida, from time to time over the next 30 days.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-775-5800
andy@andymoormanlaw.com
Federal ID # 10013

Respectfully submitted,

s/ Ryan Beasley
Attorney for Defendant
Ryan Beasley, P.A.
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-679-7777
rlb@ryanbeasleylaw.com
Federal ID # 9162

Greenville, South Carolina.
October 21, 2024.