IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:22-580 |
| | ) | |
| | ) | |
| -vs- | ) | **JOINT MOTION FOR** |
| | ) | **CONTINUANCE** |
| | ) | |
| BHAGAVAN MAHAMAYAVI ANTLE | ) | |

NOW COMES the Defendant, Bhagavan Mahamayavi "Doc" Antle,  and the Government, represented by the undersigned, who request a continuance of the sentencing hearing date the Court has set for June 10, 2025,  until the week of June 23, 2025, or soon thereafter.

In support of his Motion, the parties would state that defense counsel and the Government have been in constant communication since the Court set the date for the sentencing hearing. There are currently a number of unresolved objections to the Presentence Report, and resolution of those objections could substantially impact the potential guideline calculation and eventual sentence of the Defendant. Additional time will allow the parties to speak with potential witnesses, some of whom are out-of-state, and streamline issues before the Court.

The parties believe that a continuance would be beneficial to both the parties and the Court by allowing the parties to engage in more discussion and to more fully brief relevant issues for the Court's consideration.

1

For the foregoing reasons, the parties seek a continuance of the sentencing date.

Respectfully submitted,

s/ Andrew B. Moorman, Sr.
Attorney for Defendant
Moorman Law Firm, LLC
12 Whitsett Street
Greenville, South Carolina 29601
864-775-5800
Federal ID # 10013


Respectfully submitted,

s/ Ryan Beasley
Attorney for Defendant
Ryan Beasley, P.A.
416 East North Street
2nd Floor
Greenville, South Carolina 29601
864-679-7777
rlb@ryanbeasleylaw.com
Federal ID # 9162

Respectfully submitted,

ADAM R.F.  GUSTAFSON
ACTING ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL RESOURCES
DIVISION

By:  /s/ Patrick Duggan
        Patrick M.  Duggan
        Senior Trial Attorney
        Environmental Crimes Section
        U.S.  Department of Justice
        Tel.: (202) 305-0366
        Patrick.Duggan@usdoj.gov


Greenville, South Carolina

2