IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.: 4:22-cr-00580-JD-1 |
| | ) |
| vs. | ) |
| | ) |
| **BHAGAVAN MAHAMAYAVI ANTLE** | ) |

### UNITED STATES MOTION TO SEAL AND/OR PARTIALLY SEAL DOCUMENT

NOW COMES the United States of America, by and through its undersigned attorney, and hereby moves this Court to seal and/or partially seal sentencing documents pursuant to the Standing Order Regarding Sealing Documents Filed in Criminal Matters, filed October 28, 2014, in 3:14-mc-00333-TLW [ECF#1]. The purpose of the Government's request is to protect the privacy interests of the person involved. The United States respectfully submits that the privacy interests of the individual involved trumps the public's limited interest in access to materials related to this matter. The United States notes that the Court has the inherent authority to seal these documents. See Baltimore Sun v. Goetz, 886 F. 2d 60 (4th Cir. 1988); and In re Application of the United States for an Order Pursuant to 18 U.S.C. Section 2703(D), 707 F. 3d 283 (4th Cir. 2013). The United States therefore requests that the Court direct that the forthcoming document be sealed pursuant to the Standing Order until further order of the Court.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/ Amy Bower*
Amy F. Bower (# 11784)
Assistant U. S. Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
(843) 727-4381

June 27, 2025